**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
The National Retirement Fund et al.,

                     Plaintiffs–Counterclaim
                     Defendants,

         -against-

Domestic Linen Control Group,

                     Defendant–Counterclaim
                     Plaintiff.
------------------------------------------------------------------X

25 **CIVIL** 7930 (AS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 14, 2026, Domestic Linen's motion to amend the judgment and confirm the arbitral award is GRANTED. NRF's cross-motion to reverse the arbitral award is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
      April 15, 2026

                             **TAMMI M. HELLWIG**
                                _____
                                **Clerk of Court**

              **BY:**      _____
                              **Deputy Clerk**